UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-30449 |
| Jeanoit Cameron | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AMENDING ORDER

This cause coming to be heard on the Motion of the Debtor, for entry of an Order Amending the Order entered on December 11, 2017, due Notice having been given and the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

That the order dated December 11, 2017, docket number 81 is amended to:

1. That the 2016 tax refunds in the amount of $530.95 is added to the base of the plan in order to repay the untendered tax refunds during the life of this case.
2. That the current Chapter 13 plan payment is increased to $3,500.00 per month.

Enter:  *LaShonda A. Hunt*

Honorable LaShonda A. Hunt

Dated:  April 09, 2018                United States Bankruptcy Judge

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625