IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Jeanoit Cameron

           Debtor

Bankruptcy No. 13-30449
Judge LaShonda A. Hunt
Chapter: 13

## OBJECTION TO MOTION TO REINSTATE CASE

NOW COMES U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2 (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 13 case was filed on July 31, 2013.

2. The case was dismissed on June 25, 2018, for failure to make plan payments.

3. The Debtor filed a Motion to Reinstate on August 22, 2018, nearly two months after the case was dismissed, stating that the Debtor now has the funds to come current on plan payments. There is no allegation that the order was invalid or otherwise entered in error.

4. The Debtor does not state which section of FRCP 60 he seeks relief, however, as the other subsections do not appear to be applicable, the relevant subsection appears to be the catch-all of 60(b)(6), "any other reason that justifies relief."

5. A motion under FRCP 60(b)(6) requires a showing of extraordinary circumstances that justify the relief. *Ramirez v. United States*, 799 F.3d 845, 851 (7th Cir. 2015).

6. A situation where a person falls behind on payments due and then produces the funds two months late is not extraordinary.

WHEREFORE, U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series

2007-AHL2 prays that the Debtor's motion be denied and for such other relief as the Court deems just.

        /s/ Kenneth W. Bach
        Kenneth W. Bach, ARDC #6295816
        Attorney for U.S. Bank National Association,
        as Trustee, in trust for the registered holders of
        Citigroup Mortgage Loan Trust 2007-AHL2,
        Asset-Backed Pass-Through Certificates, Series
        2007-AHL2

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of:<br><br>Jeanoit Cameron<br><br>Debtor | Bankruptcy No. 13-30449<br>Judge LaShonda A. Hunt<br>Chapter: 13 |

## NOTICE OF FILING

TO:   Jeanoit Cameron, 14503 S. Justine, Harvey, IL 60426
Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
Yevgeniy Feldman, The Semrad Law Firm, LLC, 20 S. Clark, 28th Floor, Chicago, IL 60603
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Please take notice on August 24, 2018, the attached Objection to Motion to Reinstate Case of was electronically filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois.

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached Objection by mailing a copy to the Debtor at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on August 27, 2018. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE